*In re* ENMIENDA AL ARTÍCULO 19 DEL REGLAMENTO DE ADMINISTRACIÓN DEL SISTEMA DE PERSONAL DE LA RAMA JUDICIAL.

*Número:* EP-2001-02          *Resuelto:* 30 de marzo de 2001

## RESOLUCIÓN

Con el propósito de evitar el discrimen que surge de los estereotipos establecidos en la cultura del trabajo con respecto a los roles del hombre y de la mujer en ocasión del nacimiento o adopción de un hijo o de una hija, y para

contribuir al fortalecimiento de la familia con el reconocimiento de que el cuidado de hijos e hijas es tarea que debe ser compartida, se añade al Reglamento de la Administración del Sistema de Personal de la Rama Judicial el inciso (19.17) al Art. 19 para que lea como sigue:

*Art. 19 Licencias*

.     .     .     .     .     .     .     .

*19.17 - Licencia por Paternidad*
1) El personal masculino tendrá derecho a disfrutar, a partir de la fecha del nacimiento de un hijo o hija, de cinco (5) días de licencia por paternidad. Tres (3) de los días concedidos serán sin cargo a licencia alguna y dos (2) días serán con cargo al balance de la licencia de vacaciones o al tiempo compensatorio acumulado. Se requerirá presentar una certificación del médico que atendió el parto o el certificado del nacimiento del hijo o de la hija.
(2) Esta licencia por paternidad también aplicará cuando se adopte a un hijo o a una hija. La misma comenzará a partir de la fecha en que el adoptado o adoptada fue recibido o recibida en el hogar. El hecho de la adopción será acreditado con los documentos expedidos por el tribunal competente.

Esta Resolución tendrá vigencia inmediata.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*